FILED'10 JAN 21 14:08USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JOEL M. R. WARNER,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　Defendant | Civil No. 09-CV-570-HA<br><br><br>JUDGMENT |

　　　　IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on __1/21/__, 2010.

　　　　DATED this __21__ day of __January__ 2010.

_____
UNITED STATES DISTRICT JUDGE

Page 1　　　JUDGMENT [09-CV-570-HA]