FILED'10 APR 13 11:27USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

JOEL WARNER
    Plaintiff,

CV# 09-570-HA

vs.

ORDER

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.

---

    Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5658.03 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Attorney fees are payable to Plaintiff's attorney. The check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Merrill Schneider, P.O. Box 14490, Portland, OR 97293. No costs or expenses are to be paid.

    DATED this __13__ day of April, 2010.

                                        Ancer L. Haggerty
                                        United States Magistrate Judge